IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | | |
|---|---|---|---|
| IN RE: | § | | |
| | § | CASE NO. | 08-42773-BTR-11 |
| TWL CORPORATION, | § | | |
| | § | Chapter 11 | |
| DEBTOR. | § | | |
| IN RE: | § | | |
| | § | | |
| TWL KNOWLEDGE GROUP, INC., | § | CASE NO. | 08-42774-BTR-11 |
| | § | | |
| DEBTOR. | § | Chapter 11 | |

## MOTION FOR JOINT ADMINISTRATION OF CASES

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

TWL Corporation ("TWL"), and TWL Knowledge Group, Inc. ("TWLK"), debtors and debtors-in-possession (collectively, the "Debtors") by and through their undersigned counsel, hereby move this Court for entry of an Order jointly administering their bankruptcy cases (the "Motion"). In support thereof the Debtors state as follows:

### I.

### Jurisdiction and Venue

1. These cases were commenced by the filing of Voluntary Bankruptcy Petitions for relief under chapter 11 of the Bankruptcy Code on October 19, 2008 (the "Petition Date") in the United States Bankruptcy Court for the Eastern District of Texas, Sherman Division (the "Bankruptcy Court").

2. The Debtors operate their businesses and manage their affairs as Debtors-in-Possession pursuant to Bankruptcy Code Sections 1107 and 1108.

3. This Court has jurisdiction of this matter pursuant to 28 U.S.C. § 1334. Venue is proper in this Court pursuant to 28 U.S.C. § 1409.

4. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A).

## II.

### Background

5. TWL Corporation is a publicly traded corporation and the upstream equity owner of TWL Knowledge Group, Inc. TWLK is the primary operating entity.

6. Pursuant to Bankruptcy Rule 1015(b), the Debtors request that this Court enter an order providing for the joint administration of the above-reference cases for procedural purposes only. The proposed jointly administered case should be under the case called TWL Corporation, with the number assigned to that case.

7. At the second debt level both debtors have identical creditors consisting of Laurus Master Fund, and Trinity Investment, GP.

8. The joint administration of the cases, including the combining of notices to creditors of the respective estates, as well as holding joint hearings, will promote economical, efficient, and convenient administration of the estates. Further, the burden on the United States Trustee will be eased as supervision of the administrative aspects of the cases will be simplified.

9. The rights of the respective creditors of each of the estates will not be adversely affected by the joint administration since the relief sought is purely procedural and is no way

intended to affect substantive rights. Each creditor will be entitled to file a proof of claim against a particular estate.

10. No substantive consolidation is sought by this Motion.

11. No administrative or scheduling orders have been previously entered in these cases thus no such orders will require modification if this Motion is granted. Mailing lists in each of the cases will be consolidated for future noticing requirements.

12. Pursuant to Local Bankruptcy Rule 9013(f), this Motion has been served upon the Debtors, the United States Trustee for the Eastern District of Texas, secured creditors of the Debtors. The twenty largest unsecured creditors of the Debtors, could not be served at the time of filing due to a lock out at the Debtors' business premises which prevents them from accessing records to identify the largest unsecured creditors.

## III.

### Relief Requested

13. Pursuant to Pursuant to Bankruptcy Rule 1015(b), the Debtors request that this Court enter an order providing for the joint administration of the above-reference cases under the case called TWL Corporation, with the number assigned to that case.

Motion for Joint Administration of Cases

Page 3 of 5

WHEREFORE, the Debtors respectfully pray that this Court grant the relief requested herein, and such other relief to which they may be justly entitled.

Respectfully submitted,

/s/J. Mark Chevallier       (10/20/08)
J. Mark Chevallier
State Bar No. 04189170
Marc W. Taubenfeld
State Bar No. 19679800
David L. Woods
State Bar No. 24004167
McGuire, Craddock & Strother, P.C.
500 N. Akard, Suite 3550
Dallas, TX 75201
(214) 954-6800 - Telephone
(214) 954-6868 - Telecopier
**PROPOSED ATTORNEYS FOR TWL CORPORATION AND TWL KNOWLEDGE GROUP, INC. AS DEBTORS AND DEBTORS-IN-POSSESSION**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing pleading was served electronically and/or depositing in the United States Mail, postage prepaid, or as otherwise indicated, on the 20th day of October, 2008 on the following:

ATTACHED SERVICE LIST

/s/J. Mark Chevallier    (10/20/08)<br>
J. Mark Chevallier

C:\NrPortbl\DMS\JAPPLETON\419050_1.DOC

Carrollton - FB ISD
P O Box 110611
Carrollton TX 75011-0611

Cisco Systems Capital Corp.
1111 Old Eagle School Rd.
Wayne, PA 19087

City of Carrollton
P. O. Box 115125
Carrollton, TX 75011-5125

Denton County Tax
Assessor/Collector
P O Box 90223
Denton TX 76202-5223

Instream Investment Partners, LLC
c/o Instream Capital
350 California St., Suite 1940
SanFrancisco, CA 94104

Internal Revenue Service
Special Procedures-Insolvency
P. O. Box 21126
Philadelphia, PA 19114

LALP1 / Shaw, LLC
c/o John H. DeClercq
555 12th Street. #215
Oakland, CA 94607

LALP1 / Shaw, LLC
c/o James, M. McCown, Esq.
NESBITT, VASSAR, McCOWN & RODEN LLP
15851 Dallas Parkway, Ste 800
Addison, TX 75001

Laurus Master Fund, Ltd.
c/o Laurus Capital Management LLC
825 Third Ave., 14th Fl
New York, NY 10022

Laurus Master Fund, Ltd.
c/o Stuart Komrower, Esq.
Cole, Schotz, Meisel, et al.
25 Main Street
Hackensack, NY 07601

Nevada Secretary of State
Nevada State Capitol Building
101 North Carson St., Suite 3
Carson City, NV 89701

Oceanus Value Fund, L.P.
225 N. Market Street, Ste 220
Wichita, KS 67202

Office of the Attorney General
Main Justice Building, Rm 5111
10th Street & Constitution Ave., NW
Washington, DC 20530

Office of the U. S. Trustee
300 North College, Suite 300
Tyler, TX 7502

Office of the U. S. Attorney
1100 Commerce St., 3rd Fl
Dallas, TX 75242

Palisades Master Fund, L.P.
British V

Psource Structured Debt Limited
c/o Laurus Capital Management LLC
825 Third Ave., 14th Fl
New York, NY 10022

Robert Stephen Scammell
125 Riviera Circle
Larkspur, CA 94939

SBI Advisors, LLC
2361 Campus Dr., Suite 210
Irvine, CA 92612

Securities and Exhcnge Commission
100 F Street, NE
Washington, DC 20549

Securities and Exhcnge Commission
Los Angeles Regional Office
Rosalind Tyson
5670 Wilshire Blvd., 11th Fl
Los Angeles, Ca 90036-3648

State of Delaware
Division of Corporations
P. O. Box 898
Dover, DE 19903

State Comptroller of Public Account
Revenue Accounting Division-
Bankruptcy Section
P O Box 13528
Austin TX 78711

Texas Comptroller of Public Accounts
Revenue Acct. Div-Bankruptcy Sec
P. O. Box 13528
Austin, TX 78711

Texas Workers Compensation
Insurance Fund/State of Texas
P O Box 14913
Austin TX 78714-9143

Texas Workforce Commission
TEC Bldg. - Bankruptcy
101 East 15th Street
Austin TX 78778

Trinity Investment, GP
10600 N. De Anza Blvd., Suite 250
Cupertino, CA 95014

Trinity Investment, GP
10600 N. De Anza Blvd., Ste 250
Cupertino, CA 95014

Valens U.S. SPV I, LLC
c/o Valens Capital Management LLC
335 Madison Avenue, 10 FL
New York, NY 10017

Valens Offshore SPV I, Ltd.
c/o Valens Capital Management LLC
335 Madison Avenue 10th FL
New York, NY 10017

TWL Corporation
TWL Knowledge Group, Inc.
c/o Patrick R. Quinn
4101 International Parkway
Carrollton, TX 75007