B6 Summary (Official Form 6 - Summary) (12/07)

## United States Bankruptcy Court
## Eastern District of Texas
## Sherman Division

In re **TWL Knowledge Group, Inc.**

Debtor

Case No. **08-42774-btr-11**

Chapter **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 0.00 | | |
| B - Personal Property | YES | 366 | $ 6,035,941.00 | | |
| C - Property Claimed as Exempt | NO | | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $ 13,399,122.72 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 40 | | $ 405,936.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 20 | | $ 8,100,035.17 | |
| G - Executory Contracts and Unexpired Leases | YES | 5 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ |
| J - Current Expenditures of Individual Debtor(s) | NO | 0 | | | $ |
| TOTAL | | 434 | $ 6,035,941.00 | $ 21,905,093.89 | |

B6A (Official Form 6A) (12/07)

In re: **TWL Knowledge Group, Inc.** .

**Debtor**

Case No. **08-42774-btr-11**
(If known)

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| | | Total ➤ | 0.00 | |

(Report also on Summary of Schedules.)

In re   TWL Knowledge Group, Inc. _____ ,          Case No. 08-42774-btr-11 _____
                                    Debtor                              (If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Cole Taylor Bank** **9500 West Higgins Rd.** **Rosemont, IL 60018** **Money Market Account #xxxx-x2467** **Lock Box** | | **107,798.00** |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Cole Taylor Bank** **9500 West Higgins Rd.** **Rosemont, IL 60018** **Commercial Checking Account #xxxx-x8633** **Lock Box** | | **31,236.00** |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **First National Bank Southwest** **4500 Preston Rd.** **Frisco, TX 75034** **FBO Laurus Master Fund LTD Account #xxx1752** **Lock Box** | | **1,616.00** |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **First National Merchant Solution** **One First National Center** **Omaha, NE 68172-9955** **Credit Card Account (ACH)** **Merchant No: xxx8262** **Credit Card** | | **3,227.00** |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Wells Fargo** **1445 Ross Ave., 2nd Fl** **Dallas, TX 75202** **Operating Account #xxx-xxx8194** | | **68,298.00** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **See Exhibit A - Security Deposits** | | **132,500.00** |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Hartford Insurance Policy: Property/General Liability Auto Umbrella (Package) Policy 09/15/08-09** | | **0.00** |

In re  **TWL Knowledge Group, Inc.**                                    Case No. **08-42774-btr-11**

                                    **Debtor**                                         (If known)

# SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Interwest Ins.: D&O and E&O policies** | | 0.00 |
| interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Lloyds of London Insurance: E&O** | | 0.00 |
| Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **XL Specialty Insurance: D&O/Employment Practices Liability - 01/15/08-09** | | 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | | **50% member interest in Skill Ventures International, LLC, f/k/a TWL Skill Ventures, LLC.** | | Unknown |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **See Exhibit B - Accounts Receivable (Gross value $3,034,743.19)** | | 2,096,551.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18 Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **See Exhibit C - Sales Tax Refunds Due** | | 12,835.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| | | | | |

In re  **TWL Knowledge Group, Inc.** ,      Case No. **08-42774-btr-11**

                              Debtor                                             **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Claims against Technomedia International, Inc., Greg Bihn, John Rivera, and Mitch VerVoort for misappropriation of corporate funds, assets, and other violations, material breaches and defaults of the Joint Venture Agreement between Technomedia International, Inc. and TWL Knowledge Workplace Learning Corporation f/k/a Trinity Workplace Learning Corporation.** | | **Unknown** |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | **Domain names acquired from PRIMEDIA Workplace Learning, Inc.** | | **Unknown** |
| Patents, copyrights, and other intellectual property. Give particulars. | | **Trademarks acquired from PRIMEDIA Workplace Learning, Inc.** | | **Unknown** |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1999 Ford E - 150: RIE 7076** | | **8,688.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Item No. 28 and No. 29 inclusive and is based on gross liquidation value.** | | **2,470,045.00** |
| 29. Machinery, fixtures, equipment and supplies used in business. | | | | |
| 30. Inventory. | | **See Exhibit D - Inventory (at Debtor's book value)** | | **1,103,147.00** |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

In re   **TWL Knowledge Group, Inc.**                                    ,          Case No.  **08-42774-btr-11**
                                    **Debtor**                                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | <u> 3 </u>  continuation sheets attached            Total ➤ | | **$6,035,941.00** |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

In re **TWL Knowledge Group, Inc.**

Debtor

Case No. **08-42774-btr-11**

(If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐     Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Cisco Systems Capital Corp.** <br> **1111 Old Eagle School Rd.** <br> **Wayne, PA 19087** | | | **Purchase money lien** <br><br> **VALUE $0.00** | | | | 13,814.46 | 13,814.46 |
| **ACCOUNT NO.** <br><br> **Laurus Master Fund, Ltd.** <br> **c/o Laurus Capital Management, LLC** <br> **825 Third Ave., 14th Fl** <br> **New York, NY 10022** <br><br> **Laurus Master Fund, Ltd.** <br> **c/o Stuart Komrower, Esq.** <br> **Cole, Schotz, Meisel, et al.** <br> **25 Main Street** <br> **Hackensack, NJ 07601** | | | **First lien on all assets** <br><br> **VALUE $6,035,941.00** | | | | 1,725,308.26 | 0.00 |
| **ACCOUNT NO.** <br><br> **Trinity Investment, GP** <br> **10600 N. De Anza Blvd., Ste 250** <br> **Cupertino, CA 95014** | | | **Second lien on all assets** <br><br> **VALUE $4,310,632.74** | | | X | 11,660,000.00 | 6,411,175.07 |

0     continuation sheets
      attached

Subtotal ➢
(Total of this page)

| $ 13,399,122.72 | $ 6,424,989.53 |
|---|---|

Total ➢
(Use only on last page)

| $ 13,399,122.72 | $ 6,424,989.53 |
|---|---|

(Report also on Summary of Schedules)     (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re    **TWL Knowledge Group, Inc.**                    **Case No.**    **08-42774-btr-11**

                               Debtor                                                           (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

❑    Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

## ❑   Domestic Support Obligations

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

## ❑   Extensions of credit in an involuntary case

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

## ☑   Wages, salaries, and commissions

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

## ❑   Contributions to employee benefit plans

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

## ❑   Certain farmers and fishermen

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

## ❑   Deposits by individuals

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

## ☑   Taxes and Certain Other Debts Owed to Governmental Units

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

## ❑   Commitments to Maintain the Capital of an Insured Depository Institution

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

## ❑   Claims for Death or Personal Injury While Debtor Was Intoxicated

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**3 continuation sheets attached**

In re  TWL Knowledge Group, Inc.                                    Case No.  08-42774-btr-11
                                                                              (If known)
                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

### Type of Priority:  Wages, Salaries, and Commissions

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO<br>See Exhibit G | | | Employee Unreimbursed Expenses | | | | 81,866.07 | 77,508.38 | 4,357.69 |

Sheet no. 1 of 3 continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | Subtotals➤<br>(Totals of this page) | | $ | 81,866.07 | $ | 77,508.38 | $ | 4,357.69 |
|---|---|---|---|---|---|---|---|---|

Total ➢
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)

$

Total ➢
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)

$                $

In re    **TWL Knowledge Group, Inc.**                              Case No.    <u>08-42774-btr-11</u>
_____,                                        (If known)
                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Type of Priority:  Taxes and Certain Other Debts Owed to Governmental Units**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO<br>**Carrollton - FB ISD**<br>**P O Box 110611**<br>**Carrollton TX 75011-0611** | | | **Notice Only** | | | X | 0.00 | 0.00 | 0.00 |
| ACCOUNT NO<br>**City of Carrollton**<br>**P. O. Box 115125**<br>**Carrollton, TX 75011-5125** | | | **Notice Only** | | | X | 0.00 | 0.00 | 0.00 |
| ACCOUNT NO<br>**Dallas County Tax Office**<br>**Records Building**<br>**500 Elm Street**<br>**Dallas, TX 75202-3504** | | | **Personal Property Taxes 2007 $31,877.23; 2006 $21,770.51** | | | X | 53,647.74 | 0.00 | 53,647.74 |
| ACCOUNT NO<br>**Denton County Tax Assessor/Collector**<br>**P O Box 90223**<br>**Denton TX 76202-5223** | | | **Personal Property Taxes 2008 est. $83,000.00; 2007 $16,557.15; 2006 $37,081.89** | | | X | 136,639.04 | 0.00 | 136,639.04 |
| ACCOUNT NO<br>**Internal Revenue Service**<br>**Special Procedures-Insolvency**<br>**P. O. Box 21126**<br>**Philadelphia, PA 19114** | | | **Notice Only** | | | | 0.00 | 0.00 | 0.00 |
| ACCOUNT NO<br>**See Exhibit E** | | | **Personal PropertyTaxes for Numerous City and County Taxing Authorities for 2008 est $81,260.64, 2007 & 2006 $29,747.51** | | | | 111,008.15 | 0.00 | 111,008.15 |

Sheet no. <u>2</u> of <u>3</u> continuation sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotals▶
(Totals of this page)                    $  **301,294.93**   $      **0.00** $   **301,294.93**

Total  ▶
(Use only on last page of the completed
Schedule E. Report also on the Summary of
Schedules.)                              $

Total  ▶
(Use only on last page of the completed
Schedule E. If applicable, report also on the
Statistical Summary of Certain Liabilities and
Related Data. )                                           $                  $

In re **TWL Knowledge Group, Inc.**                                    Case No. **08-42774-btr-11**

Debtor                                                                                (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Type of Priority: Taxes and Certain Other Debts Owed to Governmental Units**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**See Exhibit F** | | | **Sales/Use Taxes to numerous State Taxing Authorities** | | | | 22,775.00 | 0.00 | 22,775.00 |
| ACCOUNT NO<br>**State of Delaware**<br>**Division of Corporations**<br>**P. O. Box 898**<br>**Dover, DE 19903** | | | **Notice Only** | | | | 0.00 | 0.00 | 0.00 |
| ACCOUNT NO.<br>**Texas Comptroller of**<br>**Public Accounts**<br>**Revenue Acct. Div-Bankruptcy Sec**<br>**P. O. Box 13528**<br>**Austin, TX 78711** | | | **Notice Only** | | | | 0.00 | 0.00 | 0.00 |
| ACCOUNT NO.<br>**Texas Workers Compensation**<br>**Insurance Fund/State of Texas**<br>**P O Box 14913**<br>**Austin TX 78714-9143** | | | **Notice Only** | | | | 0.00 | 0.00 | 0.00 |

Sheet no. 3 of 3 continuation sheets attached to Schedule of
Creditors Holding Priority Claims

|  | Subtotals►<br>(Totals of this page) | $ | 22,775.00 | $ | 0.00 | $ | 22,775.00 |
|---|---|---|---|---|---|---|---|
| (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | Total ► | $ | 405,936.00 | | | | |
| (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. ) | Total ► | | | $ | 77,508.38 | $ | 328,427.62 |

In re    <u>TWL Knowledge Group, Inc.</u>                                    Case No. <u>08-42774-btr-11</u>

                                    **Debtor**                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐         Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.                                                                        Association of Public-Safety, etc c/o Kelly Parsons, Esq. Cobb & Cole P. O. Box 2491 Daytona Beach, FL 32115-2491 | | | Complaint (pending) Association of Public-Safety Communications Officials v Trinity Workplace Learning Corporation, Cause No. 2008-32708-COCI | X | X | X | Unknown |
| ACCOUNT NO.                                                                        Avid Technology, Inc. c/o Kimberly Guest, Esq. Guest & Associates, P.C. 421 E. Airport Freeway, Suite 115 Irving, TX 76062 | | | Complaint (pending) Avid Technology, Inc. v Trinity Workplace Learning Corporation, Cause No. CV-2008-00140 | X | X | X | Unknown |
| ACCOUNT NO.                                                                        Cirro Energy P. O. Box 911504 Dallas, TX 75391-1504 | | | Trade debt | | | | 51,166.42 |
| ACCOUNT NO.                                                                        Cirro Energy a Div fo Cirro Group, Inc. c/o Jason MacKenna, Esq. Hiersche Hayward Drakeley Urbach 15303 Dallas Pkwy, Suite 700 Addison, TX 75001 | | | Complaint (pending) Cirro Energy, a Division of Cirro Group, Inc. v Trinity Workplace Learning Corporation, and TWL Corporation, Cause No. 07-15785-D | X | X | X | Unknown |
| ACCOUNT NO.                                                                        Compass Group USA c/o Scott R. Richard, Esq. Law Office of Scott H. Richard 1901 Central Dr., Suite 103 Bedford, TX 76021 | | | Complaint (pending) Compass Group USA v Trinity Workplace Learning Corporation, Cause No. 2007-30310-211 | X | X | X | Unknown |

        7  Continuation sheets attached

Subtotal  ➢  $           **51,166.42**

Total  ➢  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re    **TWL Knowledge Group, Inc.**
_____
                              **Debtor**

Case No. **08-42774-btr-11**
_____
                (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Compass Group USA, Inc.** <br>**91337 Collections Center Dr.** <br>**Chicago, IL 60693-1337** | | | **Trade debt** | | | | **51,105.11** |
| ACCOUNT NO. <br><br> **County of Denton** <br>**c/o Gilbert T. Bragg, Esq.** <br>**McCreary, Veselka, Bragg et al** <br>**P. O. Box 1269** <br>**Round Rock, TX 78680** <br><br> **County of Denton (for: Intervenor)** <br>**c/o George Scherer, Esq.** <br>**Law Office of Robert E. Luna, PC** <br>**4411 N. Central Expwy.** <br>**Dallas, TX 75205** | | | **Complaint (pending) County of Denton v Trinity Workplace Learning Corporation, Cause No. 2008-0662-158** | X | X | X | **Unknown** |
| ACCOUNT NO <br><br> **Electrolab Training Systems** <br>**335 University Ave.** <br>**Beeleville, ON** <br>**K8N 5A5** | | | **Trade debt** | | | | **451,461.76** |
| ACCOUNT NO <br><br> **FirstCom Music** <br>**P. O. Box 31001-1699** <br>**Pasadena, Ca 91110-1699** | | | **Trade debt** | | | | **43,785.00** |

Sheet no. 1 of 7 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➢ $ **546,351.87**

Total ➢ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re   __TWL Knowledge Group, Inc._____          Case No. __08-42774-btr-11_____
                                    Debtor                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 29,805.69 |
| Flying Fish Creative Services, Inc. 1669 Lobdell Ave., Suite E Baton Rouge, LA 70806-6319 | | | Trade debt | | | | |
| ACCOUNT NO. | | | | | | | 252,534.00 |
| Greenville Technicl Collage P. O. Box 5616 Greenville, SC 29606-5616 | | | Trade debt | | | | |
| ACCOUNT NO. | | | | | | | 408,323.00 |
| Inteslsat Corporation P. O. Box 7247-8912 Philadelphia, PA 19170-8912 | | | Trade debt | | | | |
| ACCOUNT NO | | | | | | | 50,950.00 |
| iVillage Parenting Network 904 Sylvan Englewood Cliffs, NJ 07632-3312 | | | Trade debt | | | | |
| ACCOUNT NO | | | | | | | 39,312.03 |
| JCR-Joint Commission Resources P. O. Box 75752 Chicago, IL 60675-5752 | | | Trade debt | | | | |

Sheet no. _2_ of _7_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➢ $   780,924.72

Total ➢ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re    **TWL Knowledge Group, Inc.**            Case No. <u>08-42774-btr-11</u>

                        **Debtor**                                     (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO<br><br>**Johnson Printing Service**<br>**14030 Welch Rd.**<br>**Dallas, TX 75244-4526** | | | **Trade debt** | | | | 30,368.13 |
| ACCOUNT NO<br><br>**Kam Escamilla**<br>**c/o Barry S. Hersh, Esq.**<br>**Hersh Law Firm, P.C.**<br>**3626 N. Hall Street, Suite 800**<br>**Dallas, TX 75219-5133** | | | **Complaint (pending) Kam Escamilla v TWL Corporation, Trinity Workplace Learning Corporation, and Dennis Cagan, Case No. 4:08-cv-00002** | X | X | X | Unknown |
| ACCOUNT NO.<br><br>**Kam Escamilla**<br>**c/o Barry S. Hersh, Esq.**<br>**Hersh Law Firm, P.C.**<br>**3626 N. Hall St., Suite 800**<br>**Dallas, TX 75219-5133** | | | **Complaint (pending) Kam Escamilla v TWL Corporation, and Trinity Workplace Learning Corporation dba TWL Knowledge Group, Inc., Cause No. 2008-40269-362** | X | X | X | Unknown |
| ACCOUNT NO.<br><br>**LALPI/Shaw, LLC**<br>**c/o John H. DeClercq**<br>**555 12th Street, #215**<br>**Oakland, CA 904607**<br><br>**LALPI/Shaw, LLC**<br>**c/o James M. McCown, Esq.**<br>**NESBIT, VASSAR, McCOWN, et al**<br>**15851 Dallas Parkway, Ste 800**<br>**Addison, TX 75001** | | | **Landlord** | | | | 520,600.00 |

Sheet no. <u>3</u> of <u>7</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  ➢  $     **550,968.13**

Total  ➢  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re __TWL Knowledge Group, Inc._____

Debtor

Case No. __08-42774-btr-11_____

(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Lewisville Independent School Dist.<br>c/o George Scherer<br>Law Offices of Robert E. Luna, P.C.<br>4411 N. Central Expressway<br>Dallas, TX 75205<br><br>Lewisville Independent School Dist.<br>c/o Edward Lopez, Jr., Esq.<br>Linebarger, Goggan, et al<br>2323 Bryan Street, Suite 1600<br>Dallas, TX 75201 | | | Complaint (pending) Lewisville Independent School District v Trinity Workplace Learning Corporation, Cause No. 2007-1080-16 | X | X | X | Unknown |
| ACCOUNT NO.<br><br>Lixivian Incorporated<br>150 West Lake St., Suite 204<br>Wayzata, MN 55391 | | | Trade debt | | | | 48,716.54 |
| ACCOUNT NO.<br><br>Monte Cristo Games<br>42 Rue Des Jeuneurs<br>Paris, France | | | Trade debt | | | | 50,000.00 |
| ACCOUNT NO.<br><br>Multiprint Solutins, LLC<br>c/o Mary Kuennen Kilany, Esq,<br>Harrell, Pailet & Associates, PC<br>5454 La Sierra Dr., Suite 100<br>Dallas, TX 75231 | | | Complaint (pending) Multiprint Solutions, LLC v Trinity Workplace Learning Corporation, Cause No. CC06-15635-e | X | X | X | Unknown |

Sheet no. _4_ of _7_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  >  $ 98,716.54

Total  >  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **TWL Knowledge Group, Inc.**

Case No. **08-42774-btr-11**

_____Debtor_____

(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO<br><br>**National Fallen Firefighters Foundation**<br>**c/o Christopher T. LaTesta, Esq.**<br>**575 Seventh St., NW**<br>**Washington, DC 20004** | | | **Complaint (pending) National Fallen Firefighters Foundation v TWL Corporation, TWL Knowledge Group, Inc., et al, Case No. 08-cv-0896** | X | X | X | **Unknown** |
| ACCOUNT NO<br><br>**NCCER**<br>**3600 N. W. 43rd Street**<br>**Gainesville, FL 32606** | | | **Trade debt** | | | | **36,214.63** |
| ACCOUNT NO.<br><br>**Press Assocition, Inc.**<br>**P. O. Box 19607**<br>**Newark, NJ 07195-0607** | | | **Trade debt** | | | | **49,203.78** |
| ACCOUNT NO<br><br>**Primedia**<br>**3585 Engineering Dr.**<br>**Norcross, GA 30092** | | | **Acquisition debt** | | | | **2,416,851.62** |
| ACCOUNT NO.<br><br>**Reliant Energy Dept 0954**<br>**P. O. Box 120954**<br>**Dallas, TX 75312-0954** | | | **Trade debt** | | | | **51,199.63** |

Sheet no. 5 of 7 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➢ $ **2,553,469.66**

Total ➢ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re __TWL Knowledge Group, Inc.__

Debtor

Case No. __08-42774-btr-11__

(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **SAP America, Inc.** <br> **P. O. Box 7780-824024** <br> **Phildelphia, PA 19182-4024** | | | **Trade debt** | | | | **84,435.00** |
| ACCOUNT NO. <br><br> **Southwestern Bell** <br> **P. O. Box 650502** <br> **Dallas, TX 75265-0502** | | | **Trade debt** | | | | **44,685.20** |
| ACCOUNT NO <br><br> **Tata Interactive Systems** <br> **Andheri-Kuria Road** <br> **Mumbai AD 400059** | | | **Trade debt** | | | | **37,440.00** |
| ACCOUNT NO <br><br> **Technomedia International, Inc.** <br> **c/o Kenneth Zimmern, Esq.** <br> **Zimmern Law Firm, P.C.** <br> **3700 Montrose Blvd.** <br> **Houston, TX 77006** <br><br> **Technomedia International, Inc.** <br> **c/o J. Mark Brewer, Esq.** <br> **Brewer & Pritchard, P.C.** <br> **Three Riverway, Suite 1800** <br> **Houston, TX 77056** | | | **Complaint (pending) Technomedia International, Inc., Plaintiff v TWL Skill Ventures, LLC, Defendant & Third Party Plaintiff v Trinity Workplace Learning Corp, Third-Party Defendant, Case No. 2007-69993** | X | X | X | **Unknown** |

Sheet no. 6 of 7 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ | $ | **166,560.20**

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **TWL Knowledge Group, Inc.**                          Case No. **08-42774-btr-11**

                              **Debtor**                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Vinson & Elkins, L.L.P.<br>P. O. Box 200113<br>Houston, TX 77216-0113 | | | Legal Fees | | | | 103,865.64 |
| ACCOUNT NO<br><br>Westar Satellite Services, LP<br>c/o Andrew Crabtree, Esq.<br>225 Brookhollow Rd., Suite 303<br>Melville, NY 11747 | | | Complaint (pending): Westar Satellite Services, LP v Trinity Workplace Learning Corporation, Before the American Arbitration Association, AAA Case No. 13 494 01264 07 | X | X | X | Unknown |
| ACCOUNT NO<br><br>See Exhibit F | | | Accounts Payable | | | | 3,248,011.99 |

Sheet no. _7_ of _7_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $  **3,351,877.63**

Total  ➤  $  **8,100,035.17**

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re:   **TWL Knowledge Group, Inc.**                    ,     Case No.   **08-42774-btr-11**
                           Debtor                                                        (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Alliance Office Systems (Savin)**<br>**587-B Commerce Street**<br>**Southlake, TX 76092** | Lease dated 09/25/06 by TWL Corporation and Key Equipment Finance, Inc. re: Savin copier equipment. |
| **Ambassador Book Service** | License: Dealership 08/25/04 Distribution Agreement |
| **APCO Institute**<br>**351 N. Williamson Blvd.**<br>**Daytona Beach, FL 32114-1112** | Contract between APCO and Trinity Workplace Learning, subsequently known as TWL  Corporation |
| **Cisco Systems Capital Corporation**<br>**1111 Old Eagle School Rd.**<br>**Wayne, PA 19087** | Lease Agreement (No. 24793533) dated 10/25/06 re: telephone switching gear |
| **Customer Contracts** | Customer Contracts |
| **Customs and Border Protection Contract** | Customs and Border Protection Contract |
| **Federal Communications Comm.**<br>**Office of the Secretary**<br>**445 12th Street, SW**<br>**Washington, DC 20554** | FCC License for Fixed Transmit - Receive Earth Station E101015 |
| **Greenville Technical College**<br>**P. O. Box 5616**<br>**Greenville, SC 29606-5616** | License: development of certain PRIMEed Performance Evaluation Documents 05/20/03 & 10/15/02 Production and License Agreement Development Fee and License |

In re: __TWL Knowledge Group, Inc._____,     Case No. __08-42774-btr-11__
                                   **Debtor**                                      **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Greenville Technical College**<br>P. O. Box 5616<br>Greenville, SC 29606-5616 | **Production and License Agreement dated as of May 5, 2003 by and between Greenville Technical College and Primedia Workplace Learning, predecessor in interest to TWL Corporation** |
| **Hartford Insurance** | **Insurance Policy: Property/General Liability Auto Umbrella (Package) Policy 09/15/08-09** |
| **HCPro, Inc.**<br>200 Hoods Lane<br>Marblehead, MA 01945 | **Marketing and Licensing Agreement between TWL Knowledge Group, Inc., and HCPro, Inc., dated as of August 2, 2007** |
| **Intelsat Corporation**<br>c/o Chris Nibecker<br>3400 International Dr. NW<br>Washington, DC 20008 | **Galaxy XI Transponder Lease Agreement dated as of May 16, 2007 by and between TWL Knowledge Group, Inc., and Intelsat Corporation** |
| **International Foundation for Protection Officers**<br>P. O. Box 771329<br>Naples, FL 34107-5752 | **International Foundation for Protection Officers** |
| **Joint Commission Resources**<br>P. O. Box 75752<br>Chicago, IL 60675-5752 | **Satellite Network Agreement** |
| **Key Equipment Finance, Inc. (Savin)**<br>600 Travis Street, Suite 1400<br>Houston,  TX 77002 | **Lease dated 09/25/06 by TWL Corporation and Key Equipment Finance, Inc. re: Savin copier equipment** |
| **LALPI / Shaw LLC**<br>c/o John H. DeClercq<br>555 12th Street, #215<br>Oakland, CA 94607 | **Lease Agreement, 07/21/97 re: 4101 International Parkway, Carrollton, TX 75007** |

In re: __TWL Knowledge Group, Inc.__ _____          Case No. __08-42774-btr-11__
                                  Debtor                                                    (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

(Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Lloyds of London Insurance | E&O Professional Liability - 11/11/07-08 |
| Medical Audio Visual Communications | License: Dealership agreement 08/25/04 Distribution Agreement - 1yr term - healthcare products and services |
| MedSenses, Inc.<br>P. O. Box 1737<br>Moncton, NB EIC 9X5<br>Canada | Memorandum of Understanding (Affiliate Program) dated as of March 7, 2008 by and between Medsenses, Inc., and TWL Knowledge Group, Inc. |
| Midlands Technical College | License: PRIMEed Reseller Agreement |
| Modicon, Inc.<br>1 Hight Street<br>North Andover, MA 01845-2601 | Agreement by Gould Inc., Programmable Control Div., predecessor to Modicon, Inc., and Tel-A-Train, Inc., predecessor to Primedia Workplace Learning, Inc, predecessor to TWL Corp, dated 10/19/03. |
| NCCER<br>3600 N. W. 43rd Street<br>Gainseville, FL 32606 | Development Agreement by and between Primedia Workplace Learning, LLC, predecessor in interest to TWL Corporation, and the National Center for Construction Education and Research (NCCER), 12/07/98. |
| Pitney Bowes-PBCC<br>P. O. Box 856460<br>Louisville, KY 40285-6460 | Equipment Lease dated as of July 15, 2008 by and between Pitney Bowes Global Financial Services LLC and TWL Knowledge Group, Inc. |
| Prairie State College | License: PRIMed Reseller Agreement 2003 PRIMEed Reseller Agreement |

In re: __TWL Knowledge Group, Inc.__ _____ ,   Case No. __08-42774-btr-11__
                                    Debtor                                    (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Richard D. Alexander | License: Richard D. Alexander distributor of PWPL products with PWPL to receive royalty payments 09/19/03 Distribution and Marketing Agreement |
| SA Media Trading | License: Dealership 08/25/04 Distribution Agreement - 1yr term with automatic renewal subject to 30 day notice of termination |
| SalesForce.com P. O. Box 5126 Carol Stream, IL 60197-5126 | Contract 00171036 dated January 5, 2008 by and between Trinity Workplace Learning, subsequently known as TWL Corporation, and SalesForce.com |
| SAP America, Inc. P. O. Box 7780-824024 Philadelphia, PA 19182-4024 | SAP America, Inc., R/3 Software End-User License Agreement dated as of July 28, 1998 by and between SAP America, Inc., and Primedia Workplace Learning, Inc., predecessor in interest to TWL Corporation |
| Shell Canada, Ltd. P. O. Box 100 Station M Calgary, AB T2F 2H6 | Agreement by and between Shell Canada Limited and TWL Knowledge Group, Inc., dated as of November 29, 2006 |
| South Carolina Technical College System | License: 08/06/03 MOU by S.C. Technical College System & Primedia re: maintenance technician-training program |
| SumTotal Systems, Inc. 2444 Charleston Rd. Mountain View, CA 94043-1622 | Amended and Restated Master Solution Agreement dated as of June 27, 2007 by and between SumTotal Systems, Inc., and TWL Knowledge Group, Inc. |
| The Marcom Group Ltd 20 Creek Parkway Boothwyn, PA 19061-3132 | CD-ROM Courseware Marketing Agreement dated 07/07/97 by The Marcom Group, Ltd. and Westcott Communications, Inc., subsequently known as Primedia Workplace Learning, LLC, predecessor to TWL Corp. |

In re:  **TWL Knowledge Group, Inc.**                                    ,          Case No.    **08-42774-btr-11**
                                                **Debtor**                                                                                            (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **XL Specialty Insurance** | **XL Specialty Insurance - D&O/Employment Practices Liability - 01/15/08-09** |

In re: **TWL Knowledge Group, Inc.**

Debtor

Case No. **08-42774-btr-11**

(if known)

# SCHEDULE H - CODEBTORS

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

In re:  **TWL Knowledge Group, Inc.**

Case No.  **08-42774-btr-11**

Chapter  **11**

# BUSINESS INCOME AND EXPENSES

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE: ONLY INCLUDE information directly related to the business operation.)

PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:

1. Gross Income For 12 Months Prior to Filing:  $  **22,128,653.00**

PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

2. Gross Monthly Income:  $ __ **1,844,054.00**

PART C - ESTIMATED FUTURE MONTHLY EXPENSES:

| | | |
|---|---:|---:|
| 3. Net Employee Payroll (Other Than Debtor) | $  765,224.00 | |
| 4. Payroll Taxes | 63,628.00 | |
| 5. Unemployment Taxes | 710.00 | |
| 6. Worker's Compensation | 6,769.00 | |
| 7. Other Taxes | 17,168.00 | |
| 8. Inventory Purchases (Including raw materials) | 79,605.00 | |
| 9. Purchase of Feed/Fertilizer/Seed/Spray | 0.00 | |
| 10. Rent (Other than debtor's principal residence) | 176,673.00 | |
| 11. Utilities | 53,716.00 | |
| 12. Office Expenses and Supplies | 208,730.00 | |
| 13. Repairs and Maintenance | 17,496.00 | |
| 14. Vehicle Expenses | 0.00 | |
| 15. Travel and Entertainment | 81,652.00 | |
| 16. Equipment Rental and Leases | 16,088.00 | |
| 17. Legal/Accounting/Other Professional Fees | 73,987.00 | |
| 18. Insurance | 0.00 | |
| 19. Employee Benefits (e.g., pension, medical, etc.) | 120,883.00 | |

20. Payments to Be Made Directly By Debtor to Secured Creditors For Pre-Petition Business Debts (Specify):

    **Transponder access fee**  189,000.00

21. Other (Specify):

    **Cost of production**  71,875.00

22. Total Monthly Expenses (Add items 3 - 21)  $  **1,943,204.00**

PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:

23. AVERAGE NET MONTHLY INCOME (Subtract Item 22 from Item 2)  $  **(99,150.00)**

In re  **TWL Knowledge Group, Inc.**

Debtor

Case No.  **08-42774-btr-11**

(If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

(NOT APPLICABLE)

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I **Patrick R. Quinn**, the **Chief Financial Officer** of the **Corporation** named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of     **435**     sheets *(Total shown on summary page plus 1)*, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **11/20/2008**

Signature:   **s/ Patrick R. Quinn**

**Patrick R. Quinn Chief Financial Officer**

[Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.*